**Dismissed and Memorandum Opinion filed August 5, 2014.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔊𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

**NO. 14-14-00497-CR
NO. 14-14-00581-CR**

**TORY LEE MEEKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause Nos. 1428764 & 1428765**

## M E M O R A N D U M   O P I N I O N

On June 11, 2014, appellant filed a pro se notice of appeal in two trial court cause numbers. In trial court cause number 1428764 (appellant number 14-14-00497-CR), appellant entered a guilty plea to possession of methamphetamine. In accordance with the terms of a plea bargain agreement with the State, the trial court reduced the offense to a second degree felony, and sentenced appellant to confinement for one year in the State Jail Division of the Texas Department of

Criminal Justice. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

In trial court cause number 1428765 (appellate number 14-14-00581-CR), the trial court granted a motion to dismiss because appellant had been convicted in another case. Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Because there is no judgment of conviction in cause number 1428765, and this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b)